# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Vets-Help.org-NC, Inc.<br>Craig Northacker, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:16-cv-00199-RLV |
| | ) | |
| vs. | ) | |
| | ) | |
| Josh Stein, | ) | |
| Defendant, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 31, 2017 Order.

July 31, 2017

_____
Frank G. Johns, Clerk
United States District Court